UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09
```

KYLER L. BEACHUM,

        Plaintiff,

-v-

AWISCO NEW YORK, INC.; and
LOCAL 810, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

        Defendants.

No. 09 Civ. 7399 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    An initial conference in the above-captioned matter is currently scheduled for October 26, 2009 at 12:00 p.m. Due to a trial-related scheduling conflict, the conference is hereby rescheduled for one hour earlier: October 26, 2009 at 11:00 a.m.

SO ORDERED.

DATED:    October 20, 2009
               New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE